IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EUGENE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-cv-00206-GPM-DGW |
| ) | |
| DONALD HULICK, et al. ) | |
| ) | |
| Defendants. ) | |

**AMENDED ORDER TO SHOW CAUSE**

This matter is before the Court, *sua sponte*, on the issue of service of process. On November 15, 2010, United States District Judge G. Patrick Murphy issued an Order pursuant to 28 U.S.C. § 1915A which stated, "Service shall not be made on Defendants John Doe and Jane Doe until such time as Plaintiff has identified them by name on a USM-285 form and in a properly amended complaint. Plaintiff is **ADVISED** that it is Plaintiff's responsibility to provide the Court with the names and service addresses for these individuals" (Doc. 8) (emphasis in original).

To date, Plaintiff has failed to submit the USM-285 forms and file an amended complaint identifying the John Doe and Jane Doe Defendants. Plaintiff **SHALL file an amended complaint identifying the John Doe and Jane Doe Defendants by name, description and work address by April 11, 2011**, or **SHOW CAUSE**, in writing, by **April 11, 2011**, why he has failed to do so. Plaintiff is **WARNED** that the failure to file an amended complaint identifying the John Doe and Jane Doe defendants or show adequate justification for not doing so **SHALL**

result in a report and recommendation that these Defendants be dismissed with prejudice for want of prosecution.

DATED: March 10, 2011

_____
**DONALD G. WILKERSON**
**United States Magistrate Judge**