IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EUGENE WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:10-cv-00206-GPM-DGW |
| ) | |
| DONALD HULICK, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On July 19, 2011, the Court appointed Attorney Kyra Flores to represent the Plaintiff in this matter (Doc. 41). Ms. Flores now moves for relief from that appointment (Doc. 43). The motion is **GRANTED**.

Ms. Flores should be aware that the privilege of practicing law in the District Court for the Southern District of Illinois comes with attendant responsibilities. Among others, every member of the bar of this court "shall be available for appointment by the court to represent or assist in the representation of those who cannot afford to hire an attorney." SDIL-LR 83.1(I). The rule makes no exceptions for attorneys who are unfamiliar with civil rights law or who have extensive prior professional commitments. All attorneys sworn into this bar are considered competent to assist in representing those who cannot afford an attorney. If an attorney believes him or herself to be not competent to undertake such representation or is not willing to accept the responsibility of such appointment, he or she may voluntarily withdraw from the bar of the Southern District of Illinois.

**IT IS SO ORDERED.**

**DATED:** July 21, 2011

_____
**DONALD G. WILKERSON**
**United States Magistrate Judge**